WALTER C. NOYES, Appellant, *v.* RAYMOND GREENE, Defendant, and CELIA ROTHSPAN, Respondent.

Submitted February 24, 1942; decided March 5, 1942.

*Jerome Golenbock* for motion.

No one opposed.

Motion dismissed on the ground that the order of the Appellate Division is not one from which an appeal may be allowed by this court in accordance with the provisions of subdivision 5 of section 588 of the Civil Practice Act.